**Order entered June 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01353-CV

### GQ ENTERPRISES CORPORATION, Appellant

### V.

### INAYATALI RAJANI AND THE RAJANI GROUP, Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-05188**

## ORDER

Appellees' motion to substitute counsel of record is **GRANTED**.

We **DIRECT** the Clerk to substitute James M. Suggs, Jr. of Suggs Law Firm, located at

800 West Airport Freeway, Suite 600, Irving, Texas 75062, as lead counsel for appellees.

/s/     MICHAEL J. O'NEILL
         JUSTICE